UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

        v.

PHILLIP GONZALEZ,

            Defendant.
------------------------------------------------------X

**ORDER**
17-CR-709 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby sentences the defendant, **PHILLIP GONZALEZ**, (USM # 90549-053), to TIME SERVED followed by two years of supervised release with special conditions imposed.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2024
       Brooklyn, New York